UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

STATE JOINT STOCK HOLDING
COMPANY ARTEM,

   Claimant,

v.

GRAY FOX AVIATION AND LOGISTICS, INC.
d/b/a GRAY FOX LOGISTICS,

   Respondent.
_____/

Case No.: 20-CV-61716-RAR

## EX PARTE MOTION FOR ISSUANCE OF WRITS OF EXECUTION AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, Judgment Creditor State Joint Stock Holding Company Artem ("Artem" or "Judgment Creditor") hereby request that the Court issue a Writ of Execution in the form attached hereto as Exhibit A against Judgment Debtor Gray Fox Aviation and Logistics, Inc. ("Gray Fox") and as grounds therefore states:

**I. BRIEF INTRODUCTION**

Artem obtained a final arbitral award against Gray Fox in the aggregate amount of $8,401,755.20, plus interest, costs, and expenses incurred by Artem in the arbitral proceedings. *See* Order Granting Petition to Confirm and Enforce Final Arbitral Award, ECF No. 22 (the "Judgment"). The Judgment was confirmed pursuant to 9 U.S.C. section 207 by this Court and remains unsatisfied. As set forth below, the Judgment Creditor request the Court issue a writ of execution so that the Judgment Creditor can enforce the Judgment.

704227529 v1

**II.     LEGAL STANDARD**

Pursuant to Federal Rule of Civil Procedure 69,

> [a] money judgment is enforced by a writ of execution, unless the court directs otherwise. . . . The procedure on execution - and in proceedings supplementary to and in aid of judgment or execution - must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies. Fed. R. Civ. P. 69(a)(1).

Thus, Florida law governs the procedure on execution, except where a federal statute applies. Artem seeks to enforce the Judgment in Broward County, Florida because, on information and belief, Judgment Debtor has real and personal property and this Court has jurisdiction. *See, e.g.,* § 55.204(4)(c), Fla. Stat. (On the duration and continuation of a judgment lien: "The property was located in the county in which the sheriff has jurisdiction at the time of delivery of the instruction for levy.")

Artem is entitled to a writ of execution under Florida law. § 56.09, Fla. Stat. ("On any judgment against a corporate judgment debtor, the judgment creditor may have an execution levied on the current money as well as on the goods and chattels, lands and tenements of the corporate judgment debtor."); *see also* § 56.021, Fla. Stat.; § 56.061, Fla. Stat. Additionally, Fla. R. Civ. P. 1.550(a) provides in relevant part: "Executions on judgments shall issue during the life of the judgment on the oral request of the party entitled to it or that party's attorney without praecipe." Artem has obtained a money judgment against Judgment Debtor, and this Court has that judgment with this Court. DE 1. Artem is entitled to collect upon the Judgment by means of a writ of execution. *See* § 56.09, Fla. Stat.

WHEREFORE, Artem respectfully requests that the Court grant this Motion for Issuance of Writ of Execution and order the issuance of the Writ of Execution in the form attached as Exhibit A.

Dated: May 19, 2021

Respectfully submitted,

K&L GATES, LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida  33131
Telephone:  305-539-3300
Facsimile:  305-358-7095

By: */s/ Steven R. Weinstein*
    Steven R Weinstein
    Florida Bar No. 985848
    steven.weinstein@klgates.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to the addressees listed below on this 19th day of May, 2021.

**GRAY FOX AVIATION AND LOGISTICS, INC.**
**REGISTERED AGENT: JAMES PARENT**
**1731 SW 30TH PLACE, FORT LAUDERDALE, FL 33315**

    */s/ Steven R. Weinstein*
    Steven R. Weinstein

704227529 v1